**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50534 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00891-DDP |
| v. | |
| LEE EDWARD MOORING, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted April 5, 2011[**]

Before:   B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Lee Edward Mooring appeals from the 12-month sentence imposed upon
revocation of supervised release.  We have jurisdiction under 28 U.S.C. § 1291,
and we affirm.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Mooring contends the district court procedurally erred by improperly considering his criminal history. Contrary to Mooring's contention, the district court did not plainly err. *See U.S. v. Simtob*, 485 F.3d 1059, 1062-63 (9th Cir. 2007).

Moreover, in light of the totality of the circumstances and the factors applicable under 18 U.S.C. § 3583(e), the sentence is substantively reasonable. *See Miqbel*, 444 F.3d at 1181-82 (explaining the factors to consider under 18 U.S.C. § 3583(e)).

**AFFIRMED.**